1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Ste. 112
Fresno, California 93720
3  Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5  Attorney for Defendant, MICHAEL PUTNAM

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    )   CASE #6:05-mj-00071-WMW
   |                              )
11 |                              )
   |                              )
12 |                              )   WAIVER OF DEFENDANT'S
   |            Plaintiff,        )   PERSONAL APPEARANCE
13 | vs.                          )
   |                              )
14 | MICHAEL PUTNAM               )
   |                              )
15 |            Defendant.        )
   |                              )
16 |_____)

17       TO THE ABOVE-ENTITLED COURT:

18       The Defendant MICHAEL PUTNAM, having been advised of his right to be present at

19 all stages of proceedings, including, but not limited to, presentation of and arguments on

20 questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

21 waives the right to be present at the hearing of any motion or other proceeding in this cause.

22 Examples of hearings concerning which the defendant waives the right to be present include

23 when the case is set for trial, when a continuance is ordered, when a motion to set aside an

24 indictment is heard, during a plea or change of plea, during sentencing or any case disposition,

25 when a motion for reduction of bail or for a personal recognizance release is heard.

26       The undersigned Defendant requests the Court to proceed during every absence of the

27 Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28 is represented at all times by the presence of his attorney the same as if the Defendant were

personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Dated: July 25, 2005

                      By:  /S/ Michael Putnam
                           MICHAEL PUTNAM

Dated: July 27, 2005

                      By:  /S/ Carol Ann Moses
                           CAROL ANN MOSES
                           Attorney for Defendant,
                           MICHAEL PUTNAM

IT IS SO ORDERED.

**Dated:    August 1, 2005**           /s/  William M. Wunderlich
mmkd34                                UNITED STATES MAGISTRATE JUDGE

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE